*11089154*
*48.59*

# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

January 5, 2010

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

           Re:    Mark S. Miller
                     Susan N. Miller
                     BK NO. 08-12207K

Dear Sir or Madam:

    I have stopped payment on the following dividend check issued in the above-captioned case:

    Claim No. 4 - Check No. 106 dated September 9, 2009 made payable to PRA Receivables Management, LLC, as Agent of Portfolio Recovery Assoc., P.O. Box 41067, Norfolk, VA, 23541 for $48.59.

    Dividend check mailed to record address - check remains uncashed.

    I am herewith enclosing my Trustee check payable to the Clerk of the U.S. Bankruptcy Court for the sum of $48.59 representing the check specified hereinabove.

    Should you have any questions, please contact the undersigned.

                                                 Very truly yours,

                                  BY:          Mark S. Wallach, Trustee

MSW:sn
Enclosure



FILED JAN - 7 2010 BANKRUPTCY COURT BUFFALO, N.Y.

Case 1-08-12207-MJK   Doc 61   Filed 01/07/10   Entered 01/07/10 14:32:22   Desc Main
                                Document    Page 1 of 1